IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IGNACIO MARTINEZ HERNANDEZ,                *

           Petitioner,                *

v.                                                                    Case No. 4:26-cv-180-CDL-CHW

                                    *

WARDEN, STEWART DETENTION
CENTER, *et al.,*                                             *

           Respondents.                *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

      This 20th day of March, 2026.

                                 David W. Bunt, Clerk

                                 s/ Elizabeth S. Long, Deputy Clerk